15014 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 07-16510
)
Elio Hrboka ) Chapter 7
)
Debtor ) Judge Randolph Baxter

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3013 in the amount of $31.21, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Intergrated Supply Network**<br>**P.O. Box 538243**<br>**Atlanta, GA 30353-8243** | 6 | $1,489.03 | $ 31.21 |

Dated: April 16, 2010

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc: United States Truste